# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: JEFFERY M. HARRISON          §          Case No. 08-71820
　　　 MELINDA C. HARRISON          §
　　　　　　　　　　　　　　　　　§
　　　　　　 Debtors                §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 06/11/2008.

2) The plan was confirmed on 09/19/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/03/2008.

5) The case was dismissed on 06/26/2009.

6) Number of months from filing or conversion to last payment: 10.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $9,950.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (4/1/2009)

**Receipts:**

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 5,229.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 5,229.00 |

**Expenses of Administration:**

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 1,834.85 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 392.80 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 2,227.65 |

Attorney fees paid and disclosed by debtor:     $ 0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY GARY C FLANDERS | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 1,834.85 | 0.00 |
| CARLYLE AUTO SALES | Sec | 4,200.00 | 4,298.73 | 4,200.00 | 3,001.35 | 0.00 |
| CARLYLE AUTO SALES | Uns | 0.00 | 0.00 | 98.73 | 0.00 | 0.00 |
| ADVANCE AMERICA | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS TRAVEL | Uns | 6,500.00 | 6,503.65 | 6,503.65 | 0.00 | 0.00 |
| ATT CCO | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| ATTORNEY MICHAEL RABBITT | Uns | 1,100.00 | NA | NA | 0.00 | 0.00 |
| B & L MARKETING | Uns | 390.00 | NA | NA | 0.00 | 0.00 |
| BETTER HOMES & GARDENS | Uns | 20.00 | NA | NA | 0.00 | 0.00 |
| CHECK IT | Uns | 150.00 | 288.96 | 288.96 | 0.00 | 0.00 |
| BUCKLEY MOBIL | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA HOUSE | Uns | 90.00 | NA | NA | 0.00 | 0.00 |
| COMED CO | Uns | 2,600.00 | 3,216.78 | 3,216.78 | 0.00 | 0.00 |
| CONCORD SERVICING CORP | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| COOKING CLUB OF AMERICA | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| DIRECT TV | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| DR. MARK ZARNKE | Uns | 350.00 | NA | NA | 0.00 | 0.00 |
| DRIVE FINANCIAL | Uns | 6,000.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ERIE INSURANCE EXCHANGE | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 1,100.00 | 1,133.20 | 1,133.20 | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 230.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 800.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 183.00 | NA | NA | 0.00 | 0.00 |
| FIVE POINTS PROPERTY | Uns | 340.00 | NA | NA | 0.00 | 0.00 |
| FTR PROCESSING | Uns | 390.00 | NA | NA | 0.00 | 0.00 |
| HARRISON AVE. MOBIL | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD CREDIT SERVICES | Uns | 240.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Uns | 1,100.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOAN | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSISTANCE | Uns | 58,000.00 | 58,416.17 | 58,416.17 | 0.00 | 0.00 |
| IMPACT CASH | Uns | 390.00 | 480.00 | 480.00 | 0.00 | 0.00 |
| LOAN SHOP ONLINE | Uns | 390.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL DENTAL HOSPITAL | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL PAIN MANAGEMENT | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| MONEY & MORE | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 335.00 | 615.65 | 615.65 | 0.00 | 0.00 |
| NCO-MEDCLR | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 1,100.00 | 2,355.88 | 2,355.88 | 0.00 | 0.00 |
| OASIS MARKETING GROUP | Uns | 390.00 | NA | NA | 0.00 | 0.00 |
| OSF SAINT ANTHONY MEDICAL | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| PAYCHECK TODAY | Uns | 520.00 | NA | NA | 0.00 | 0.00 |
| PREFERRED CASH | Uns | 490.00 | NA | NA | 0.00 | 0.00 |
| PREMIUM MARKETING SYSTEMS | Uns | 350.00 | 346.50 | 346.50 | 0.00 | 0.00 |
| PRISM CAPITAL RESOURCES | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| READERS DIGEST | Uns | 12.00 | NA | NA | 0.00 | 0.00 |
| ROCK VALLEY WOMENS HEALTH | Uns | 180.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ANESTHESIOLOGISTS | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ANESTHESIOLOGISTS | Uns | 120.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD CLINIC | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD FAMILY PRACTICE | Uns | 190.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 60.00 | 35.00 | 35.00 | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEM | Uns | 3,500.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ROCKFORD SURGICAL SERVICE | Uns | 350.00 | NA | NA | 0.00 | 0.00 |
| B-REAL LLC | Uns | 1,200.00 | 1,230.91 | 1,230.91 | 0.00 | 0.00 |
| SBC AMERITECH | Uns | 1,600.00 | NA | NA | 0.00 | 0.00 |
| SBC ILLINOIS | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 240.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 500.00 | 420.00 | 420.00 | 0.00 | 0.00 |
| STORESONLINE | Uns | 6,200.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Uns | 285.00 | 605.00 | 605.00 | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 2,800.00 | 3,822.90 | 3,822.90 | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 1,200.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN MSO | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE | Uns | 1,200.00 | NA | NA | 0.00 | 0.00 |
| THE CASH STORE | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| THE GOOD COOK | Uns | 85.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PHOENIX | Uns | 1,300.00 | NA | NA | 0.00 | 0.00 |
| STEVE HOCH | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| ATTORNEY GARY C FLANDERS | Uns | 0.00 | 390.00 | 0.00 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 0.00 | 528.78 | 528.78 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 4,200.00 | $ 3,001.35 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 4,200.00 | $ 3,001.35 | $ 0.00 |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 80,098.11 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 2,227.65 |
| Disbursements to Creditors | $ 3,001.35 |
| **TOTAL DISBURSEMENTS:** | $ 5,229.00 |

UST Form 101-13-FR-S (4/1/2009)

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  08/20/2009                    By:  /s/ Lydia S. Meyer
                                            Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (4/1/2009)**